# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 99-2389

_____

Deonea Yamauchi, Surviving spouse    *
of Wallace Yoshio, social security    *
#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, on behalf of self and all    *
others similarly situated,    *
   *
       Appellant,    *    Appeal from the United States
   *    District Court for the
    v.    *    Western District of Arkansas.
   *
Kenneth S. Apfel, Commissioner    *      [UNPUBLISHED]
Social Security Administration,    *
   *
       Appellee.    *

_____

Submitted: January 2, 2001
Filed: January 31, 2001

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Deonea Yamauchi appeals from the district court's[1] order remanding her claims

_____

[1] The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

for a hearing before an administrative law judge and denying class certification in this mandamus action against the Commissioner of Social Security. Having carefully reviewed the record and the submissions of the parties, we conclude that Ms. Yamauchi is not entitled to any further relief. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.